UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY ZAMORA,<br><br>    Plaintiff,<br><br>  v.<br><br>VENTO, et al.,<br><br>    Defendants. | Case No. 1:12-cv-02029 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION REGARDING LEGAL MAIL<br><br>(Document 7) |

Plaintiff Rudy Zamora ("Plaintiff"), a California state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on December 14, 2012. The complaint is currently awaiting screening pursuant to 28 U.S.C. § 1915A(a).[1]

On January 14, 2013, Plaintiff filed a letter inquiring about a copy of a request slip sent on December 11, 2012. It appears that the request slip related to grievances that Plaintiff had filed while in custody at the Kings County Jail. Plaintiff states that he has reason to believe that the jail is tampering with his legal mail and would like to file a motion.

The Court DISREGARDS the instant letter, which cannot be construed as a motion. Moreover, the Court does not have information relating to Plaintiff's request slip sent from his place of incarceration. Plaintiff may file a motion for equitable relief if he believes that such a motion is necessary.

---

[1] On December 21, 2012, Plaintiff consented to the jurisdiction of the United States Magistrate Judge.

1

1
2   IT IS SO ORDERED.

3       Dated:   **July 22, 2013**                     /s/ *Dennis L. Beck*
4                                              UNITED STATES MAGISTRATE JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28